UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 11CR731-JLS |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| GEORGE PERROTTE, | ) ) | AND JUDGMENT OF DISMISSAL |
| Defendant. | ) ) | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the indictment against Defendant George Perrotte be dismissed without prejudice.

DATED: March 23, 2011

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge